**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LEOCADIA MAGANA-MENDOZA, | No. 07-71129 |
| Petitioner, | Agency No. A096-342-951 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010[**]

Before:     FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

Leocadia Magana-Mendoza, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal

from an immigration judge's decision denying her application for cancellation of

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review de novo questions of law. *Sandoval-Lua v. Gonzales*, 499 F.3d 1121, 1126 (9th Cir. 2007). We grant the petition for review and remand.

Magana-Mendoza is not ineligible for cancellation of removal for having been convicted of an aggravated felony because the record of conviction is inconclusive as to the controlled substance involved. *See id.* at 1130. Because neither the government nor the agency had the benefit of our intervening decision in *Sandoval-Lua*, we remand to the BIA for further proceedings consistent with that decision.

**PETITION FOR REVIEW GRANTED; REMANDED.**